# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **Benjamin Soto, Jr.,** | ) CRIM NO. 22-cr-95 (RJL) |
| | ) |
| **Refugio Veronica Quintero Moreno, and** | ) |
| | ) |
| **Angel Adan Valenzuela** | ) |
| | |
| **Defendants.** | |

## ORDER

It is hereby ORDERED that a status conference in this matter shall be held before Magistrate Judge Robin M. Meriweather on May 5, 2022 at 2:00 PM via VTC. The Court respectfully requests that the Central Arizona Detention Center facility arrange for all three Defendants to appear for the status conference via VTC. SO ORDERED.

_____
The Honorable Robin M. Meriweather
U.S. District Court Magistrate Judge